UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK COLLINS, INC.,

       Plaintiff,

vs.

       Case No. 11-cv-15231
       HON. GEORGE CARAM STEEH

JOHN DOE 1,

       Defendant.
_____/

## ORDER DISMISSING ACTION

On March 26, 2012, this court entered an order granting John Doe's motion to quash in part and to sever. See Dkt. No. 8. The court's March 26, 2012 order severed Doe defendants 2-23, except for Doe defendant 1 (associated with IP address 71.238.74.7), from this action concluding that joinder of the Doe defendants was not permitted under Rule 20 of the Federal Rules of Civil Procedure. Thereafter, on March 29, 2012, plaintiff filed a notice of settlement and voluntary dismissal with prejudice of Doe defendant 1 only.

       Accordingly,

       This cause of action is dismissed with prejudice.

       To the extent plaintiff's counsel continues to engage in settlement negotiations with Doe defendants 2-23 (Doe defendant 22 was similarly dismissed after this court's March 26, 2012 order was entered), counsel SHALL IMMEDIATELY inform the Doe defendants there is no pending cause of action against them.

SO ORDERED.

Dated: April 2, 2012

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 2, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk